**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

- [x] ______________ Original Plan
- [ ] ______________ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- [ ] ______________ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Cecilia Violet Njie JOINT DEBTOR: ______________ CASE NO.: 0:26-bk-21351

SS#: xxx-xx- 9814 SS#: xxx-xx-________

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,740.00 for months 1 to 6 ;
2. $4,200.00 for months 7 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $5,000.00 Total Paid: $2,000.00 Balance Due: $3,000.00

Payable $761.04 /month (Months 1 to 1 )

Payable $746.32 /month (Months 2 to 4 )

Allowed fees under Local Rule 2016-1 are itemized below:
$5,000 Attorney Fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Federal Home Mortgage Corporation

Address: c/o NewRez LLC dba
Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603

Arrearage/ Payoff on Petition Date $35,324.69

Regular Payment (Maintain) $1,845.93 /month (Months 1 to 60 )

Arrears Payment (Cure) $100.00 /month (Months 1 to 4 )

Last 4 Digits of Account No.: 1650

| | | | |
|---|---|---|---|
| Arrears Payment (Cure) | $500.00 | /month (Months 5 to 29 ) |
| Arrears Payment (Cure) | $750.00 | /month (Months 30 to 58 ) |
| Arrears Payment (Cure) | $674.69 | /month (Months 59 to 59 ) |

Other: Mortgage

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
3411 NW 14 Ct
Lauderhill, FL 33311

☐ Personal Property/Vehicle

Description of Collateral: 50% ownership interest in real property held as joint tenants with right of survivorship

2. Creditor: Georgetown Community Association, Inc.

Address: c/o Charles F. Otto, Esq.
2699 Stirling Road
Suite C-207
Fort Lauderdale, FL
33312

Last 4 Digits of Account No.: 3411

Arrearage/ Payoff on Petition Date $10,493.49

| | | |
|---|---|---|
| Regular Payment (Maintain) | $573.75 | /month (Months 1 to 29 ) |
| Arrears Payment (Cure) | $85.28 | /month (Months 1 to 1 ) |
| Arrears Payment (Cure) | $100.00 | /month (Months 2 to 4 ) |
| Arrears Payment (Cure) | $446.32 | /month (Months 5 to 6 ) |
| Arrears Payment (Cure) | $400.00 | /month (Months 7 to 28 ) |
| Arrears Payment (Cure) | $415.57 | /month (Months 29 to 29 ) |

Other: HOA

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay ■ taxes ■ insurance directly

Address of Collateral:
3411 NW 14 Ct
Lauderhill, FL 33311

☐ Personal Property/Vehicle

Description of Collateral: 50% ownership interest in real property held as joint tenants with right of survivorship

**B. <u>VALUATION OF COLLATERAL:</u>** ■ NONE

**C. <u>LIEN AVOIDANCE</u>** ■ NONE

**D. <u>SURRENDER OF COLLATERAL:</u>** ■ NONE

**E. <u>DIRECT PAYMENTS</u>** ☐ NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | We Florida Financial | 8607 | 2022 Hyundai Santa Fe |
| 2. | Toyota Financial Services | 5153 | 2024 Lexus RX |

**IV. <u>TREATMENT OF FEES AND PRIORITY CLAIMS</u>** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $0.00 /month (Months 1 to 6 )

Pay $460.32 /month (Months 7 to 28 )

Pay $444.75 /month (Months 29 to 29 )

Pay $1,184.07 /month (Months 30 to 58 )

Pay $1,259.38 /month (Months 59 to 59 )

Pay $1,934.07 /month (Months 60 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

■ Debtor(s) will provide copies of yearly income tax returns to the chapter 13 trustee (but not file with the Court) no later than May 15th during the pendency of the chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) must increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. [Fort Lauderdale/West Palm Beach Division cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtor is listed on the title to the real property located at 3411 NW 14 Ct., Lauderhill, FL 33311, which is occupied by her daughter. The Debtor's daughter is responsible for funding the mortgage arrears and homeowners' association ("HOA") obligations associated with the property and shall remit sufficient funds to the Debtor each month to satisfy these obligations through the Chapter 13 Plan.

The HOA arrears shall be cured in full no later than the 29th month of the Plan. The Debtor's daughter shall be the sole source of funds for the mortgage and HOA obligations.

Debtor's personal income shall be used to fund the remaining Plan obligations, including payment of 100% of allowed general unsecured claims.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Cecilia Violet Njie Debtor October 5, 2026
Cecilia Violet Njie Date

Joint Debtor
Date

/s/ Chad T. Van Horn, Esq. October 5, 2026
Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.